July 9, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HOUSTON METHODIST HOSPITAL F/K/A THE METHODIST HOSPITAL,
Appellant

NO. 14-14-01006-CV                V.

KARA NGUYEN, Appellee

_____

      This cause, an appeal from the interlocutory order denying the motion to dismiss health care liability claims of appellee, Kara Nguyen, signed December 15, 2014, was heard on the transcript of the record. We have inspected the record and find no error. We order the order of the court below **AFFIRMED**.

      We order appellant, Houston Methodist Hospital F/K/A the Methodist Hospital, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.